**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NIMA HESHMATI, M.D.,**

        **Plaintiff,**

-vs-                                                Case No.  6:08-cv-607-Orl-31GJK

**JOHN A. PASCO, et al.,**

        **Defendants.**

## ORDER

This matter comes before the Court on a Motion to Dismiss (Doc. 20) filed by Defendants Kevin Kulp ("Kulp"), Jack Bergquist ("Bergquist") and Roxanne McCarthy ("McCarthy") and Plaintiff's Response thereto (Doc. 43).

Counts IX, XI and XII allege that Kulp, McCarthy and Bergquist violated Plaintiff's civil rights because their actions were the direct and proximate cause of Plaintiff's allegedly false arrest. However, Plaintiff's Amended Complaint fails to allege any facts that indicate that these defendants were involved in arresting him. Instead, Plaintiff merely alleges that these defendants posed as patients while participating in an undercover investigation of Plaintiff's medical practice. This is not enough to support Plaintiff's claims of false arrest against these defendants. Accordingly, it is

**ORDERED** that Defendants' Motion to Dismiss (Doc. 20) is **GRANTED.** Counts IX, XI and XII of Plaintiff's Amended Complaint (Doc. 2) are hereby **DISMISSED** without prejudice. Plaintiff shall have leave to file a second amended complaint within 20 days of this Order.

```
```

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 7, 2008.

/s/ Gregory A. Presnell
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party