# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NIMA HESHMATI, M.D.,**

        **Plaintiff,**

-vs-                                         **Case No.  6:08-cv-607-Orl-31GJK**

**FLORIDA DEPARTMENT OF HEALTH,**
**et al.,**

        **Defendants.**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **MOTION TO DISMISS BY FLORIDA DEPARTMENT OF HEALTH (Doc. No. 21)**
>
> **FILED:**       **June 9, 2008**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** as unopposed. (See Docs. 44 and 46). Counts III and XV of Plaintiff's Amended Complaint (Doc. 2) are hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 7, 2008.

                                                      GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE