# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NIMA HESHMATI, M.D.,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:08-cv-607-Orl-31GJK**

**FLORIDA DEPARTMENT OF HEALTH,**
**et al.,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO DISMISS BY FLORIDA DEPT. OF LAW ENFORCEMENT AND FLORIDA BOARD OF MEDICINE (Doc. No. 22)**
>
> **FILED:** **June 9, 2008**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** as unopposed. (*See* Docs. 45 and 47). Counts IV and V of Plaintiff's Amended Complaint (Doc. 2) are hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 7, 2008.

                                                  GREGORY A. PRESNELL
                                            UNITED STATES DISTRICT JUDGE