# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NIMA HESHMATI, M.D.,**

          **Plaintiff,**

**v.**                                **Case No.  6:08-cv-607-Orl-31GJK**

**CITY OF MELBOURNE, FLORIDA, JOHN A. PASCO, SCOTT SILVERMAN a/k/a Aaron Joseph, ROXANNE MCCARTHY a/k/a Stephanie Vzatek, JACK BERQUIST a/k/a Jerry Thompson, DIAHN CLARK, KEVIN KULP, and VINCENT ADKINS,**

          **Defendants.**

_____

## ORDER TO SHOW CAUSE

The Defendant Scott Silverman was given eleven days to respond to an Interested Persons Order (Doc. No. 73) filed August 28, 2008, and emailed to counsel.  Defendant Scott Silverman has failed to respond and is hereby **ORDERED TO SHOW CAUSE** in writing within **eleven** days from the date of this Order why sanctions should not be imposed for failure to respond to the Interested Persons Order.

**DONE** and **ORDERED** in Orlando, Florida this 22nd day of September, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record