IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO:  6:08-cv-607-Orl-31-6JK

NIMA HESHMATI, M.D.,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF HEALTH;
CITY OF MELBOURNE POLICE DEPARTMENT,
C/O DONALD CAREY, IN HIS OFFICIAL
CAPACITY AS THE CITY OF MELBOURNE
POLICE CHIEF; FLORIDA DEPARTMENT OF LAW
ENFORCEMENT; FLORIDA BOARD OF MEDICINE;
JOHN A. PASCO, Individually; SCOTT SILVERMAN,
aka ARRON JOSEPH, Individually; ROXANNE
McCARTHY aka STEPHANIE VZATEK, Individually;
JACK BERGQUIST aka JERRY THOMPSON, Individually;
DIAHN CLARK, Individually; KEVIN KULP, Individually;
and VINCENT ADKINS, Individually,

    Defendants.
_____/

## *NOTICE OF SETTLEMENT*

COMES NOW the Defendant, CITY OF MELBOURNE, by and through its undersigned counsel, and files this Notice of Settlement pursuant to Local Rule 3.08, Local Rules of the United States District Court for the Middle District of Florida, and would state that all claims of Plaintiff, NIMA HESHMATI, M.D., including any and all claims for costs and fees, have been resolved and settled with the following Defendants:

1. City of Melbourne
2. John A. Pasko
3. Vincent Adkins
4. Diahn Clark

It is anticipated that it will take approximately 20 days to have any and all settlement papers executed. Upon the execution of the settlement papers, these parties will submit to the Court a joint motion and/or stipulation for dismissal with prejudice as to these Defendants.

I HEREBY CERTIFY that on November 19, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to Gregory W. Eisenmenger, Esquire, Eisenmenger, Berry & Peters, P.A., 5450 Village Drive, Viera, FL 32955; Gail C. Bradford, Esquire, Meier, Bonner, Muszynski, O'Dell & Harvey, P.A., 260 Wekiva Springs Road, Suite 2000, Longwood, FL 32779-5947; Garrett S. Elsinger, Esq., PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A., 2455 East Sunrise Boulevard, Suite 1216, Fort Lauderdale, FL 33304; Robert D. Keough, Esquire, Post Office Box 1609, Orlando, FL 32802; Jeffrey S. Weiss, Esquire, Brown, Garganese, Weiss & D'Agresta, P.A., Post Office Box 2873, Orlando, FL 32802-2873.

/s/ F. Scott Pendley
F. SCOTT PENDLEY, ESQ.
Florida Bar No. 0341347
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel:   407-422-4310
Fax:   407-425-6343
SPendley@drml-law.com
Attorneys for Defendant
CITY OF MELBOURNE