UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:08-cv-607-ORL031-6JK

NIMA HESHMATI, M.D.,

      Plaintiffs,

vs.

CITY OF MELBOURNE, JOHN A. PASKO,
individually, SCOTT SILVERMAN,
a/k/a AARON JOSEPH, individually,
ROXANNE MCCARTHY a/k/a
STEPHANIE VZATEK, individually,
JACK BERGQUIST, a/k/a JERRY THOMPSON,
individually, DIAHN CLARK,
individually, KEVIN KULP, individually,
VINCENT ADKINS, individually,

      Defendants.
_____/

### AMENDED REPORT OF MEDIATION

    The undersigned mediator hereby advises the court that a mediation conference in the above captioned case was conducted on November 12, 2009. All required parties, claim representatives and counsel attended the mediation conference and the case has been settled as to all parties.

DATED this 24th day of November, 2009.

                        Respectfully submitted,

                        Gregory P. Miles, Mediator
                        Florida Bar # 328898
                        200 E. Robinson Street, Suite 700
                        Orlando, Florida 32801
                        407 649-9495

Original sent by U.S. Mail and delivered to: Clerk of the Court, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801

Copies sent by U.S. Mail to: Gregory W. Eisenmenger, Esqurie, 5450 Village Drive, Viera, Florida 32955

F. Scott Pendley, Esquire, P.O. Box 2928, Orlando, Florida 32802

Robert D. Keough, Esquire, 1516 E. Colonial Drive, Suite 105, Orlando, Florida 32803

Jeffrey Scott Weiss, Esquire, 111 N. Orange Ave., Suite 2000, Orlando, Florida 32801

Gail Bradford, Esquire, 37 N. Orange Ave., Suite 1100, Orlando, Florida 32801

Garrett S. Elsinger, Esquire, 2455 E. Sunrise Blvd, Suite 1216, Fort Lauderdale, Florida 33304