IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:08-cv-607-Orl-31-6JK

NIMA HESHMATI, M.D.,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF HEALTH;
CITY OF MELBOURNE POLICE DEPARTMENT,
C/O DONALD CAREY, IN HIS OFFICIAL
CAPACITY AS THE CITY OF MELBOURNE
POLICE CHIEF; FLORIDA DEPARTMENT OF LAW
ENFORCEMENT; FLORIDA BOARD OF MEDICINE;
JOHN A. PASCO, Individually; SCOTT SILVERMAN,
aka ARRON JOSEPH, Individually; ROXANNE
McCARTHY aka STEPHANIE VZATEK, Individually;
JACK BERGQUIST aka JERRY THOMPSON, Individually;
DIAHN CLARK, Individually; KEVIN KULP, Individually;
and VINCENT ADKINS, Individually,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff NIMA HESHMATI and Defendants CITY OF MELBOURNE, JOHN A. PASKO, VINCENT ADKINS and DIAHN CLARK, by and through undersigned counsel, agree and stipulate that any and all claims of the Plaintiff against Defendants CITY OF MELBOURNE, JOHN A. PASKO, VINCENT ADKINS and DIAHN CLARK shall be dismissed with prejudice, each party to bear their own fees and costs.

Dated: 12-8-09

_____
F. SCOTT PENDLEY, ESQ.
Florida Bar No. 0341347
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel:  407-422-4310
Fax:  407-425-6343
Attorneys for Defendant
CITY OF MELBOURNE

Dated: 12/3/09

_____
GREGORY W. EISENMENGER, ESQ.
Florida Bar No. 237175
Eisenmenger, Berry & Peters, P.A.
5450 Village Drive
Viera, FL  32955
Tel:   (321) 504-0321
Fax:   (321) 504-0320
Attorneys for Plaintiff

Dated: 12/8/2009.

_____
GAIL C. BRADFORD, ESQ.
Florida Bar No. 0295980
Meier, Bonner, Muszynski, O'Dell & Harvey, P.A.
37 North Orange Avenue, Suite 1100
Orlando, FL  32801-2463
Tel:   (407) 872-7774x510
Fax:   (407) 872-7997
Attorneys for Defendants PASKO and ADKINS

Dated: 12/8/09

_____
JEFFREY S. WEISS, ESQ.
Florida Bar No. 750565
Brown, Garganese, Weiss & D'Agresta, P.A.
Post Office Box 2873
Orlando, FL  32802-2873
Tel:   (407) 425-9566
Fax:   (407) 425-9596
Attorneys for Defendant CLARK