UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NIMA HESHMATI, M.D.,**
              **Plaintiff,**

-vs-                                    Case No.  6:08-cv-607-Orl-31GJK

**SCOTT SILVERMAN a/k/a Aaron Joseph,**
**ROXANNE MCCARTHY a/k/a Stephanie**
**Vzatek, JACK BERQUIST a/k/a Jerry**
**Thompson, and   KEVIN KULP,**
              **Defendants.**
_____

# ORDER

Upon consideration of the Joint Stipulation for Dismissal with Prejudice (Doc. No. 124), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that Plaintiff's claims against Defendants, City of Melbourne, John A. Pasko, Vincent Adkins and Diahn Clark, are dismissed with prejudice, each party to bear its own fees and costs.  Any pending motions as to these defendants are **DENIED** as moot.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 10, 2009.

                                                    GREGORY A. PRESNELL
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party